IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROSEANN MARIE ZIRNSAK, )
)
Plaintiff, )
v. ) 2:13cv303
) Electronic Mail
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
Defendant. )

## MEMORANDUM ORDER

AND NOW, this 3rd day of December, 2013, after Plaintiff and Defendant having filed their respective Cross Motions for Summary Judgment [ECF Nos. 7 and 11], and after a Report and Recommendation [ECF No. 15] was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and after Plaintiff filed objections thereto [ECF No. 16], and Defendant filed a response [ECF No. 17], and upon independent review of the Motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation [ECF No. 15], which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [ECF No. 16] are **OVERRULED** as not arbitrary or contrary to law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment [ECF No. 11] is **GRANTED**. The Clerk shall mark this case CLOSED.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
Elizabeth A. Smith, Esquire
Michael Colville, Esquire

(*Via CM/ECF Electronic Mail*)